Commonwealth ex rel. Dennis, Appellant, *v.*
Myers.

Submitted March 21, 1966. *Eddie Dennis,* appellant, in propria persona; *Donald C. Marino* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Fear, Appellant, *v.*
Myers.

Submitted March 14, 1966. *James Hoey Fear,* appellant, in propria persona; *Herbert A. Schaffner,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Goldberg *v.* Goldberg,
Appellant.

Argued March 21, 1966. *Morris Paul Baran,* with him *Harry D. Sporkin,* and *Sporkin and Baran,* for appellant; *I. Leonard Hoffman,* with him *Charles R. Weiner,* and *Weiner, Basch, Lehrer & Cheskin,* for appellee.

Order affirmed.

Commonwealth ex rel. Goldberg *v.* Goldberg,
Appellant.

 Argued March 21, 1966. *Morris Paul Baran,* with him *Harry D. Sporkin,* and *Sporkin and Baran,* for appellant; *I. Leonard Hoffman,* with him *Charles R. Weiner,* and *Weiner, Basch, Lehrer & Cheskin,* for appellee.

Order affirmed.

## Commonwealth ex rel. Harden, Appellant, *v.* Maroney.

 Submitted March 14, 1966. *John Henry Harden,* appellant, in propria persona; *Leslie B. Handler,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Harris, Appellant, *v.* Myers.

 Submitted March 21, 1966. *Melvin Harris,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Hayes, Appellant, *v.* Hendrick.

 Submitted March 21, 1966. *Abyssinia Hayes,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First